UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

```
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 OCT 12  AM 9: 40
CLERK____
SO. DIST. OF GA.
```

| | |
|---|---|
| MAURICE L. WILLIAMS, | ) |
| Movant, | ) |
| v. | ) Case No. CV405-096 |
| | ) [underlying CR404-046] |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12_ day of ___Oct___, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA