IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Maurice Lawrence Williams ) | CASE NO. CR404-00046-001 |

## ORDER

On June 22, 2004, the Court sentenced Defendant to a total term of imprisonment of 100 months. On March 3, 2009, the Court, based upon Defendant's 18 U.S.C. § 3582(c) motion, reduced Defendant's total term of imprisonment to 97 months. On July 27, 2009, Defendant filed a Motion Under 18 U.S.C. § 3582(c)(2) for Modification of an Imposed term of Imprisonment based upon Amendment 709 to the Sentencing Guidelines which addresses the counting of prior convictions in determining a criminal history category.

The Court has carefully considered Defendant's Motion. The Court notes Amendment 709 is not a retroactive amendment. Further, after considering the sentencing factors set forth in 18 U.S.C. § 3553, the Court concludes a further reduction in Defendant's sentence is not warranted. As such, Defendant's Motion is **DENIED**.

SO ORDERED, this 2nd day of September, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia